UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2( c )**
MICHAEL S. SHUHALA, ESQ.   (MS-4901)
666 Anderson Avenue, Suite #5
Cliffside Park, New Jersey 07071
201-941-0336
Attorney for Debtor
MARILYNN M. ENGLISH

In Re: MARILYNN M. ENGLISH,

Debtor

Case No.: 10-47248- MS

Chapter 7

Judge: Morris Stern

# AMENDMENT TO VOLUNTARY PETITION

To the Clerk of the Court:

SCHEDULE F SCHEDULE F is heretofore filed herein, is amended as follows:

1) CREDITOR: Diane Epp
              15 Brookdale Avenue
              Cedar Grove, New Jersey 07009

DEBT/ $2,400.00 - Unliquidated, Creditor gave an unsecured personal loan to Debtor. This debt was inadvertently left off the Debtor's petition which was filed on December 1, 2010.

This debt is hereby added to Schedule F. My attorney, Michael S. Shuhala, will attend to sending the amended debtor a notice of the proceeding, as well as, the 341 Hearing date.

**UNSWORN DECLARATION**

I, Marilynn M. English, certify that under penalty of perjury that the foregoing is true and correct. I make this amendment and declaration so that the Court my rely on the truthfulness of this writing and I am aware that any false statements may subject me to punishment

Executed on December 6, 2010                    /s/ *Marilynn M. English*
                                                Marilynn M. English
                                                      Debtor