UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2( c )**
MICHAEL S. SHUHALA, ESQ.   (MS-4901)
666 Anderson Avenue, Suite #5
Cliffside Park, New Jersey 07071
201-941-0336
Attorney for Debtor
MARILYNN M. ENGLISH

In Re: MARILYNN M. ENGLISH,

Debtor

Case No.: 10-47248- MS

Chapter 7

Judge: Morris Stern

## SECOND AMENDMENT TO VOLUNTARY PETITION

To the Clerk of the Court:

SCHEDULE F SCHEDULE F is heretofore filed herein, is amended as follows:

1) CREDITOR: Capital One Credit Card
            Bankruptcy Department
            Post Office Box 5155
            Norcross, Georgia 30091

DEBT/ $5,122.58 - Unliquidated, Credit Card Debt. Accounts ending in 7458 with a balance of $356.68 and Account ending 3445 with a balance of $4,995.16.  This debt was left off the Debtor's petition as it was a business debt for her former mortgage company. Creditor notified her the Debtor that they would no longer keep her account open.

2) CREDITOR: SHELL OIL COMPANY
            Post Office Box 689151
            Dispute Department
            Des Moines, Iowa 50368-9151

DEBT/ $ 502.38 - Unliquidated, Credit Card Debt. Accounts ending in xxx-xx1-600 with a balance of $344.92.  This debt inadvertently left off the Debtor's petition. The Creditor notified her the Debtor that they would no longer keep her account open.

3) CREDITOR: Receivable Management Service
                304 Fellowship Road
                Post Office Box 5471
                Mount Laurel, New Jersey 08054

DEBT/ $ 562.92 - Unliquidated, Collection of Debt. Unknown assignor. Accounts ending in xxxxx548-Q, reference xxxx/xxxFM56132.  This debt was not in the Debtor's petition. The Creditor notified her the Debtor by mail and it was just recently received.

4) CREDITOR: Advanta Bank Corp.
                Bankruptcy Department
                Post Office Box 9217
                Old Bethpage, New York 11804

DEBT/ $ 2126.53  - Unliquidated, Collection of business credit card debt. Account/ 5584-xxxx-xxxx-3622.  This debt was in the Debtor's petition but mailing address needed correction.

This debt is hereby added to Schedule F. My attorney, Michael S. Shuhala, will attend to sending the amended debtor a notice of the proceeding, as well as,  the 341 Hearing date.

**UNSWORN DECLARATION**

I, Marilynn M. English, certify that under penalty of perjury that the foregoing is true and correct.  I make this amendment and declaration so that the Court my rely on the truthfulness of this writing and I am aware that any false statements may subject me to punishment

Executed on December 14,  2010                      /s/ *Marilynn M. English*
                                                                                       Marilynn M. English
                                                                                     Debtor