UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2( c )**
MICHAEL S. SHUHALA, ESQ.   (MS-4901)
666 Anderson Avenue, Suite #5
Cliffside Park, New Jersey 07071
201-941-0336
Attorney for Debtor
MARILYNN M. ENGLISH

In Re: MARILYNN M. ENGLISH,

Debtor

Case No.: 10-47248- MS

Chapter 7

Judge: Morris Stern

## FOURTH AMENDMENT TO VOLUNTARY PETITION

To the Clerk of the Court:

SCHEDULE F as heretofore filed herein, is amended as follows:

1) CREDITOR: Valentine & Kebartas, Inc.
             Post office Box 325
             Lawrence, Massachusetts 01842


DEBT/ Unknown - Unliquidated, Collection of Chase Bank Credit Card USA, NA debt which is
     contained elsewhere in the Debtor's petition. This collection notice came after the Debtor filed
     her petition.  This amendment is for notification purposes.


2) CREDITOR: Ms. Judith Gaynor
             1609 North Riverside Drive
             Apartment 706
             Pompano Beach, Florida 33062-3326

DEBT/ $13,882.00 - Unliquidated, Personal Loan to Debtor.  Debtor did not list this debt as she believed
that a personal debt could not be discharged.  After advice of counsel, she amends her petition.

3) CREDITOR: Mr. Gianinni Aronovicci
             1131 Greenwood Lake Turnpike
             Ringwood, New Jersey 07456

DEBT/ $13,000.00 - Unliquidated, Personal Loan to Debtor. Debtor did not list this debt as she believed that a personal debt could not be discharged. After advice of counsel, she amends her petition.

4) CREDITOR: Mr. & Mrs. Richard Lawson
　　　　　　　363 Route 46 West
　　　　　　　Fairfield, New Jersey

DEBT/ $8,000.00  - Unliquidated, Personal Loan to Debtor. Debtor did not list this debt as she believed that a personal debt could not be discharged. After advice of counsel, she amends her petition.

These debt is hereby added to Schedule F. My attorney, Michael S. Shuhala, will attend to sending the amended creditor a notice of the proceeding, as well as, the 341 Hearing date, and other expiration dates as set by the Court.

**UNSWORN DECLARATION**

I, Marilynn M. English, certify that under penalty of perjury that the foregoing is true and correct. I make this amendment and declaration so that the Court my rely on the truthfulness of this writing and I am aware that any false statements may subject me to punishment

Executed on January 19, 2011　　　　　　　　　　　　/s/ *Marilynn M. English*
　　　　　　　　　　　　　　　　　　　　　　　　　　Marilynn M. English
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor