UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2( c )**
MICHAEL S. SHUHALA, ESQ.   (MS-4901)
666 Anderson Avenue, Suite #5
Cliffside Park, New Jersey 07071
201-941-0336
Attorney for Debtor
MARILYNN M. ENGLISH

| | |
|---|---|
| In Re: MARILYNN M. ENGLISH,<br><br>Debtor | Case No.: 10-47248- MS<br><br>Chapter 7<br><br><br>Judge: Morris Stern |

# FIFTH AMENDMENT TO VOLUNTARY PETITION

To the Clerk of the Court:

SCHEDULE F SCHEDULE F is heretofore filed herein, is amended as follows:

1) CREDITOR: Underwater Pool Maintenance
          Post Office Box 162
          Wyckoff, New Jersey 07481


DEBT/ $920.20 - Unliquidated, August 1, 2009, Alleged Pool Maintenance Debt- Debtor was unaware
      of this debt and disputes the same.  The Creditor's invoice was discovered after the Debtor filed
      for Bankruptcy protection.

2) CREDITOR: SUBURBAN NEWS SERVICES
          Post Office Box 815
          Roseland, New Jersey 07068

DEBT/ $ 530.30 - Unliquidated, Collection of Newspaper Services. The Creditor's invoice was
delivered after the Debtor filed for Bankruptcy protection.

These debt is hereby added to Schedule F. My attorney, Michael S. Shuhala, will attend to sending the

amended debtor a notice of the proceedings as well as the Hearing date, and other expiration debts.

**UNSWORN DECLARATION**

I, Marilynn M. English, certify that under penalty of perjury that the foregoing is true and correct.  I make this amendment and declaration so that the Court my rely on the truthfulness of this writing and I am aware that any false statements may subject me to punishment

Executed on January 24, 2011                                            /s/ *Marilynn M. English*
_____ Marilynn M. English
                                                                                                           Debtor